John Houston Scott, SBN 72578
**SCOTT LAW FIRM**
1388 Sutter Street, Suite 715
San Francisco, California 94109
Telephone: (415) 561-9601
Facsimile: (415) 561-9609
Email: john@scottlawfirm.net

William A. Cohan, SBN 141804
**WILLIAM A. COHAN, P.C.**
2888 Loker Avenue E. Suite 202
Carlsbad, CA 92010
Telephone: (442) 325-1111
Facsimile: (442) 325-1126
Email: bill@williamacohan.com

Brian Gearinger, SBN 146125
**GEARINGER LAW GROUP**
740 Fourth Street
Santa Rosa, CA 95404
Telephone: (707) 440-3102
Email: brian@gearingerlaw.com

Attorneys for Plaintiffs EZEKIAL FLATTEN,
WILLIAM KNIGHT, CHRIS GURR and
ANN MARIE BORGES

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EZEKIAL FLATTEN, WILLIAM KNIGHT, CHRIS GURR and ANN MARIE BORGES,<br><br>    Plaintiffs,<br>v.<br><br>BRUCE SMITH, STEVE WHITE and DOES 1-50, inclusive.<br><br>    Defendants. | Case No: 1:21-cv-07031-SI<br>(Related to Case No. 3:20-cv-04537-SI)<br><br>**STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS BRUCE SMITH'S AND STEVE WHITE'S MOTIONS TO DISMISS AND MOTIONS TO STRIKE** |

WHEREAS, Defendants Bruce Smith and Steve White filed their re-noticed motions to dismiss and motions to strike on September 17, 2021 (Dkt Nos. 26, 28 & 29);

WHEREAS, the Court set a schedule for plaintiffs' responses to be due October 1, 2021 to defendant Steve White's re-noticed motion to dismiss and motion to strike, Dkt. Nos. 28 and 29; with defendants' replies due October 8, 2021; plaintiffs' responses to be due October 8, 2021 to Bruce Smith's re-noticed motion to dismiss motion and/or Motion to Strike, Dkt. No. 26; with defendants' replies due October 15, 2021; and the hearing is scheduled for November 19, 2021;

WHEREAS, counsel for Defendants responded on September 27, 2021 that they were agreeable to Plaintiffs' requested extension to respond to Defendants' motions to dismiss and motions to strike;

WHEREAS, plaintiffs' request the court's permission to file one response brief to defendants Bruce Smith's and Steve White's motions to dismiss and motions to strike.

NOW THEREFORE, Plaintiffs and Defendants hereby agree and stipulate as follows:

(1) the time for Plaintiffs to respond to Defendants' re-noticed motions to dismiss and motions to strike shall be extended from October 1, 2021 and October 8, 2021 to October 15, 2021; and

(2) the defendants reply would otherwise be due pursuant to Civil Local Rules 7-3(a) and shall be extended from October 8, 2021 and October 15 to October 29, 2021.

Dated: September 28, 2021                 **SCOTT LAW FIRM**

                                                  By:  /s/John Houston Scott
                                                      JOHN HOUSTON SCOTT
                                                      Attorney for Plaintiffs

Dated: September 28, 2021                 **WILLIAM A. COHAN, P.C.**

                                                    By:  /s/William A. Cohan
                                                      WILLIAM A. COHAN
                                                      Attorney for Plaintiffs

- 1 -

STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS BRUCE SMITH'S AND STEVE WHITE'S MOTIONS TO DISMISS AND MOTIONS TO STRIKE

| | |
|---|---|
| Dated: September 28, 2021 | **GEARINGER LAW GROUP** |
| | By: /s/Brian Gearinger<br>BRIAN GEARINGER<br>Attorney for Plaintiffs |
| Dated: September 28, 2021 | **OFFICE OF THE COUNTY COUNSEL** |
| | By: /s/Christian M. Curtis<br>CHRISTIAN M. CURTIS<br>Attorney for Defendant<br>BRUCE SMITH |
| Dated: September 28, 2021 | **COLANTUONO, HIGHSMITH & WHATLEY, PC** |
| | By: /s/Pamela K. Graham<br>PAMELA K. GRAHAM<br>Attorney for Defendant<br>BRUCE SMITH |
| Dated: September 28, 2021 | **CALIFORNIA DEPARTMENT OF JUSTICE**<br>**OFFICE OF THE ATTORNEY GENERAL** |
| | By: /s/Kymberly E. Speer<br>KYMBERLY E. SPEER<br>Attorney for Defendant<br>BRUCE SMITH |

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories listed above concur in the filing's content and have authorized the filing.

| | |
|---|---|
| September 28, 2021 | **SCOTT LAW FIRM** |
| | By: /s/John Houston Scott<br>John Houston Scott |

- 2 -

STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS BRUCE SMITH'S AND STEVE WHITE'S MOTIONS TO DISMISS AND MOTIONS TO STRIKE

# [PROPOSED] ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Date:_____   _____
                                  The Honorable Susan Illston

STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS BRUCE SMITH'S AND STEVE WHITE'S MOTIONS TO DISMISS AND MOTIONS TO STRIKE