UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EZEKIAL FLATTEN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BRUCE SMITH, *et al.*, <br><br> Defendants. | Case No. 21-cv-07031-SI <br><br> **ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTIONS TO SUPPLEMENT OPPOSITIONS** <br><br> Re: Dkt. Nos. 42, 44 |

Plaintiffs have filed two administrative motions to supplement their oppositions to defendants' motions to dismiss the complaint. Plaintiffs seek to add new information that they contend supports their RICO claims against defendants.

The Court DENIES these motions, as the sufficiency of the complaint will be determined on the allegations contained in the complaint and not on matters outside the pleadings. If plaintiffs amend the complaint, plaintiffs may include the new information.

**IT IS SO ORDERED**.

Dated: November 17, 2021

SUSAN ILLSTON
United States District Judge