UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EZEKIAL FLATTEN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BRUCE SMITH, *et al.*, <br><br> Defendants. | Case No. 21-cv-07031-SI <br><br> **JUDGMENT** |

The Court has dismissed the complaint without leave to amend. Judgment is hereby entered against plaintiffs and in favor of defendants.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: April 29, 2022

SUSAN ILLSTON
United States District Judge