|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAY 2 2023 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| EZEKIAL FLATTEN; WILLIAM KNIGHT; CHRIS GURR; ANN MARIE BORGES,<br><br>Plaintiffs-Appellants,<br><br>v.<br><br>BRUCE SMITH; STEVE WHITE,<br><br>Defendants-Appellees. | No.   22-15741<br><br>D.C. No. 3:21-cv-07031-SI<br>Northern District of California,<br>San Francisco<br><br>ORDER |

The court unanimously finds this case suitable for decision without oral argument. The case shall be submitted on the briefs and record, without oral argument, on July 10, 2023, in San Francisco, California. Fed. R. App. P. 34(a)(2).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT